**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GERALD BUSH,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 2:23-cv-2216-JDW** |
| | : | |
| **COMMONWEALTH** | : | |
| **OF PENNSYLVANIA,** *et al.,* | : | |
| **Defendants.** | : | |

## <u>ORDER</u>

**AND NOW**, this 6th day of March, 2024, for the reasons stated in the accompanying Memorandum, it is **ORDERED** that Plaintiff Gerald Bush's Second Amended Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

It is **FURTHER ORDERED** that Mr. Bush's Motion To Proceed *In Forma Pauperis* (ECF No. 16) is **DENIED AS MOOT** because I have already granted him that status.

It is **FURTHER ORDERED** that Mr. Bush's "Power To Grant Writ" (ECF No. 17) is **STRICKEN** because Mr. Bush did not sign it, in violation of Fed. R. Civ. P. 11(a).

The Clerk of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**